## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| MITZI MCLEOD; )<br>)<br>   Plaintiff, )<br>)<br>vs. )<br>)<br>)<br>SIGMAN VETERINARY CLINIC )<br>AND CATHY SIGMAN, )<br>)<br>   Defendants. ) | CIVIL ACTION FILE NO.<br>1:11-CV-3457-SCJ<br><br>**JURY DEMAND** |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

COME NOW Plaintiff Mitzi McLeod and Defendants Sigman Veterinary Clinic, Inc. and Cathy Sigman and file this Joint Stipulation of Dismissal with Prejudice and show as follows:

The parties in the above-styled matter have agreed to resolve this matter through settlement and have entered into a settlement agreement and general release (the "Agreement"). A copy of the Agreement is attached hereto as Exhibit A. Pursuant to *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1353 (11th Cir. 1982), this Court is required to review the Agreement for fairness.

As a term and condition of the Agreement, Plaintiff has agreed to dismiss all of her claims against Defendants Sigman Veterinary Clinic, Inc. and Cathy Sigman

with prejudice. The Court shall retain jurisdiction over this matter in order to enforce the terms of the settlement agreement, if necessary.

NOW THEREFORE, Plaintiff stipulates and agrees to the dismissal of Case No. 1:11-CV-3457-SCJ, and each and every claim therein, with prejudice. All parties to bear their own costs except as set forth in the Agreement.

Respectfully submitted on this 21st day of December, 2011.

| **MAYS & KERR LLC** | **MARTENSON, HASBROUCK & SIMON LLP** |
|---|---|
| */s/ Jeff Kerr* | */s/ Patricia E. Simon* |
| Jeff Kerr, Esq. | Patricia E. Simon, Esq. |
| Georgia Bar No. 634260 | Georgia Bar No. 618233 |
| John L. Mays, Esq. | W. Brian Holladay, Esq. |
| Georgia Bar No. 986574 | Georgia Bar No. 300576 |
| 260 Peachtree Street NW | 3379 Peachtree Road, N.B. |
| Suite 2200 | Suite 400 |
| Atlanta, Georgia 30303 | Atlanta, Georgia 30326 |
| (404) 410-7998 | (404) 909-8100 |
| (877) 813-1845 (facsimile) | (404) 909-8120 (facsimile) |
| jeff@maysandken.com | pesimon@martensonlaw.com |
| john@maysandkerr.com | bholladay@martensonlaw.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| MITZI MCLEOD; | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION FILE NO. |
| vs. | ) | 1:11-CV-3457-SCJ |
| | ) | |
| | ) | **JURY DEMAND** |
| SIGMAN VETERINARY CLINIC | ) | |
| AND CATHY SIGMAN, | ) | |
| | ) | |
| Defendants. | ) | |

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 21, 2011, I electronically filed the foregoing **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to the following attorneys of record:

Patricia E. Simon, Esq.
pesimon@martensonlaw.com

W. Brian Holladay, Esq.
bholladay@martensonlaw.com

This 21st day of December, 2011.

| | |
|---|---|
| **MAYS & KERR LLC** | /s/     Jeff Kerr |
| 260 Peachtree Street NW | Jeff Kerr |
| Suite 2200 | Ga. Bar No. 634260 |
| Atlanta, GA 30303 | jeff@maysandkerr.com |
| Telephone:  (404) 527-6231 | |
| Facsimile:   (877) 813-1845 | John L. Mays |
| Attorneys for Plaintiff | Ga. Bar No. 986574 |
| | john@maysandkerr.com |